1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )      Case No.: 5:25-MJ-00122-DUTY
                                       )
             Plaintiff,                )      ORDER OF DETENTION PENDING
12                                     )      FURTHER REVOCATION
             v.                        )      PROCEEDINGS
13                                     )      (FED. R. CRIM. P. 32.1(a)(6); 18
     JAVIER ARANDA FRANCO,             )      U.S.C. § 3143(a)(1))
14                                     )
             Defendant.                )
15   _____)

16          The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the __Eastern__ District of

18   __Washington__ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A. (×)   The defendant has not met his/her burden of establishing by clear and

23          convincing evidence that he/she is not likely to flee if released under 18

24          U.S.C. § 3142(b) or (c).  This finding is based on the following:

25          (×)    information in the Pretrial Services Report and Recommendation

26          (×)    information in the violation petition and report(s)

27          (×)    the defendant's nonobjection to detention at this time

28          ( )    other: _____

                                          1

1    and/ or

2  B. (×)    The defendant has not met his/her burden of establishing by clear and

3         convincing evidence that he/she is not likely to pose a danger to the safety

4         of any other person or the community if released under 18 U.S.C.

5         § 3142(b) or (c).  This finding is based on the following:

6            (  )    information in the Pretrial Services Report and Recommendation

7            (  )    information in the violation petition and report(s)

8            (×)    the defendant's nonobjection to detention at this time

9            (  )    other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: 03/14/2025

15                              SHASHI H. KEWALRAMANI
                                UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28